01
02
03
04
05
06              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08 | UNITED STATES OF AMERICA,           )
                                          )   CASE NO. CR14-353-RSL
09 |        Plaintiff,                    )
                                          )
10 |    v.                                )
                                          )   DETENTION ORDER
11 | AWAD YIMER AYNISHER,                 )
                                          )
12 |        Defendant.                    )
   |_____)
13

14   <u>Offense charged</u>:      Felon in Possession of a Firearm

15   <u>Date of Detention Hearing</u>:    December 23, 2014.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18   that no condition or combination of conditions which defendant can meet will reasonably

19   assure the appearance of defendant as required and the safety of other persons and the

20   community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant was previously convicted in this District on a charge of Conspiracy to

DETENTION ORDER
PAGE -1

Distribute Cocaine Base, and sentenced to 120 months confinement, 5 years supervised release in Case No. CR06-026. Based on the instant offense, defendant faces revocation of supervised release and has been detained in that matter pending am evidentiary revocation hearing.

2. The instant charges are based on an arrest for DUI on or about October 5, 2014, DWLS, and unlawful possession of a firearm. The AUSA alleges that a loaded firearm was found in his vehicle as well as another firearm in the trunk of the car.

3. Defendant poses a risk of nonappearance due to lack of stable employment, history of controlled substance use, possible mental health issues, history of residential instability and history of non-compliance with supervision. He poses a risk of danger due to criminal history.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of December, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge